NO. 07-04-0534-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JUNE 20, 2005
_____

ADVANCED INDUSTRIES, INC.,

Appellant

v.

CACTUS OPERATING LTD. d/b/a CACTUS FEEDERS,
and AMISTAD AVIATION, INC.,

Appellees
_____

FROM THE 69th DISTRICT COURT OF MOORE COUNTY;

NO. 04-14; HON. RON ENNS, PRESIDING
_____

***ON MOTION TO DISMISS***
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Advanced Industries, Inc., appellant, and Cactus Operating Ltd. d/b/a Cactus Feeders, and Amistad Aviation, Inc., appellees, by and through their attorneys, have filed a motion to dismiss this appeal with prejudice because the parties have fully compromised and settled all issues in dispute and neither desire to pursue the appeal. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at

the parties' request, no motion for rehearing will be entertained, and our mandate will issue

forthwith.


Brian Quinn
Chief Justice